| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  TODD A. PICKLES<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone: (916) 554-2766<br>   Facsimile: (916) 554-2900 | <br>JUN 22 2011<br> |

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                        ) CASE NO. 2:11-SW-~~ATB~~ EFB
                                           )
12   The premises at 1245 Pleasant        )
     Grove Road, Rio Oso, California,     ) ORDER RE: REQUEST TO SEAL
13   including the residence, garage,     ) DOCUMENTS
     all storage areas, all trash         )
14   receptacles, and the entire          )
     grounds and yards; the person of     ) **UNDER SEAL**
15   David Jopson; all vehicles and       )
     vessels registered to David          )
16   Jopson, including a 1994 Buick,      )
     CLP 3JAH451, a 1970 Chevrolet,       )
17   CLP 1A61501, a 1986 Suzuki, CLP      )
     U74T78, a 2003 EZ-Load, CLP          )
18   4EP1145, a 2003 Gregor, CVN          )
     3422RA, a 1999 GMC, 5Y38321, and     )
19   a 2009 Nissan, CLP 6JW531.           )
                                           )
20   _____

21      Upon application of the United States of America and good cause

22   having been shown,

23      IT IS HEREBY ORDERED THAT the search warrant and search warrant

24   affidavit in the above-captioned proceeding be filed in camera and

25   under seal and not be disclosed to any person unless otherwise

26   ordered by this Court, with the exception that a copy of the search

27   warrant, including sworn affidavit, will be left at the scene of the

28   search.

1

1 | IT IS SO ORDERED.

2 | Date: June ___, 2011

3 | EDMUND F. BRENNAN
United States Magistrate Judge