```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```

**FILED**

JUL 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:11-sw-273 EFB |
| The premises at 1245 Pleasant Grove Road, Rio Oso, California, including the residence, garage, all storage areas, all trash receptacles, and the entire grounds and yards; the person of David Jopson; all vehicles and vessels registered to David Jopson, including a 1994 Buick, CLP 3JAH451, a 1970 Chevrolet, CLP 1A61501, a 1986 Suzuki, CLP U74T78, a 2003 EZ-Load, CLP 4EP1145, a 2003 Gregor, CVN 3422RA, a 1999 GMC, 5Y38321, and a 2009 Nissan, CLP 6JW531. | ORDER UNSEALING SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 7, 2011

_____
DALE A. DROZD
United States Magistrate Judge